IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAROOQ | ) |
| | ) |
| Plaintiffs | ) Case 1:13-cv-1822 |
| | ) |
| v. | ) |
| | ) |
| SUNNY'S EXECUTIVE SEDAN SERVICE, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**JOINT STIPULATION OF**
**DISMISSAL WITH PREJUDICE**

Counsel for the Plaintiff and Defendants Sunny's Executive Sedan Service, Inc. and Shafqat Chaudry ("Sunny's"), collectively "the Parties", agree and stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), to the dismissal of Plaintiff's claims in this case, with prejudice, and with each party to bear their own costs, if any, except as they may otherwise provide; and the Parties further agree and stipulate that the claims raised by Plaintiff against Sunny's are properly subject to binding arbitration, and request that this case be dismissed for that additional reason. See Federal Arbitration Act, codified at 9 U.S.C. § 1 et seq.; *see also Johnson v. Carmax, Inc.*, 2010 U.S. Dist. LEXIS 70700, *13-14 (E.D. Va. 2010) (dismissing FLSA collective action based on arbitration agreement).

                          Respectfully submitted,

                          **JACKSON LEWIS P.C.**

August 29, 2014                /s/     Jacqueline C. Tully\*
                                        Paul DeCamp (D.C. Bar No. 476244)
                                        Matthew F. Nieman (D.C. Bar No. 98538 )
                                        Jacqueline C. Tully (D.C. Bar No. 978228)
                                        10701 Parkridge Boulevard, Suite 300
                                        Reston, VA  20191
                                        Telephone:     (703) 483-8300
                                        Facsimile:      (703) 483-8301
                                        DeCampP@jacksonlewis.com
                                        NiemanM@jacksonlewis.com
                                        TullyJ@jacksonlewis.com

                                        *Attorneys for Sunny's Executive Sedan Service, Inc. and Shafqat Chaudry*

                                        /s/   Gregg C. Greenberg
                                        Gregg C. Greenberg (Bar No. MD17291)
                                        Zipin, Amster & Greenberg, LLC
                                        836 Bonifant Street
                                        Silver Spring, MD 20910
                                        Telephone:  (301) 587-9373
                                        Facsimile: (301) 587-9397
                                        ggreenberg@zipinlaw.com

                                        *Attorney for Plaintiff*

\* *Signed by Gregg C. Greenberg with the permission of Jacqueline C. Tully.*

4811-5004-5464, v. 1